AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Virginia

| | |
|---|---|
| MICHELLE BOURDELAIS <br><br> *Plaintiff* <br><br> v. <br><br> Equifax Information Services, LLC., Experian Information Solutions, Inc., Trans Union, LLC. <br><br> *Defendant* | ) ) ) ) ) ) ) ) Civil Action No. 3:11cv582 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   TRANS UNION, LLC.
　　　　　　　　　　　　　　　　　　SERVE: Corporation Service Company, Registered Agent
　　　　　　　　　　　　　　　　　　11 S. 12th Street
　　　　　　　　　　　　　　　　　　Richmond, VA 23218

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   LEONARD A. BENNETT
　　　　　　　　　　　　　　　　　CONSUMER LITIGATION ASSOCIATES, P.C.
　　　　　　　　　　　　　　　　　12515 Warwick Boulevard, Suite 100
　　　　　　　　　　　　　　　　　Newport News, VA 23606
　　　　　　　　　　　　　　　　　(757) 930-3660

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Fernando Galindo, Clerk
*CLERK OF COURT*

Date: SEP -7 2011

FILE COPY
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| MICHELLE BOURDELAIS ) | |
| ) | |
| *Plaintiff* ) | |
| ) | Civil Action No. 3:11cv582 |
| v. ) | |
| Equifax Information Services, LLC., Experian ) | |
| Information Solutions, Inc., Trans Union, LLC. ) | |
| ) | |
| *Defendant* ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* EXPERIAN INFORMATION SOLUTIONS, INC.
SERVE: David N. Anthony, Registered Agent
1001 Haxall Point
Richmond, VA 23219

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  LEONARD A. BENNETT
CONSUMER LITIGATION ASSOCIATES, P.C.
12515 Warwick Boulevard, Suite 100
Newport News, VA 23606
(757) 930-3660

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Fernando Galindo, Clerk

*CLERK OF COURT*

Date: SEP - 7 2011

FILE COPY
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| MICHELLE BOURDELAIS <br><br> *Plaintiff* <br><br> v. <br><br> Equifax Information Services, LLC., Experian Information Solutions, Inc., Trans Union, LLC. <br><br> *Defendant* | ) <br> ) <br> ) <br> ) Civil Action No. 3:11cv582 <br> ) <br> ) <br> ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* EQUIFAX INFORMATION SERVICES, LLC.
SERVE: Corporation Service Company, Registered Agent
11 S. 12th Street
Richmond, VA 23218

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: LEONARD A. BENNETT
CONSUMER LITIGATION ASSOCIATES, P.C.
12515 Warwick Boulevard, Suite 100
Newport News, VA 23606
(757) 930-3660

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Fernando Galindo, Clerk

CLERK OF COURT

FILE COPY

Date: SEP -7 2011

*Signature of Clerk or Deputy Clerk*