UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

MICHELLE BOURDELAIS,

    Plaintiff,

v.                                                    Civil Action No. 3:11-cv-582

EQUIFAX INFORMATION SERVICES
LLC, EXPERIAN INFORMATION
SOLUTIONS, INC., and TRANS UNION LLC,

    Defendants.

**DEFENDANT EQUIFAX INFORMATION SERVICES LLC**
**<u>CORPORATE DISCLOSURE STATEMENT</u>**

        Defendant, Equifax Information Services LLC, submits the following corporate disclosure statement:

        Equifax Information Services LLC is a wholly-owned subsidiary of Equifax Inc. Equifax Inc. is publicly traded on the New York Stock Exchange.

        Respectfully submitted this 4th day of October, 2011.

                                  /s/
                                  John W. Montgomery, Jr.
                                  Virginia State Bar No. 37149
                                  Counsel for Equifax Information Services, LLC
                                  Montgomery & Simpson, LLLP
                                  2116 Dabney Road, Suite A-1
                                  Richmond, VA 23230
                                  Telephone (804) 355-8744
                                  Facsimile (804) 355-8748
                                  Email: jmontgomery@jwm-law.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the 4th day of October 2011, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Leonard A. Bennett
Susan M. Rotkis
CONSUMER LITIGATION ASSOCIATES, P.C.
12515 Warwick Blvd., Suite 100
Newport News, VA 23606
*Attorney for Plaintiff*

/s/
John W. Montgomery, Jr.
Virginia State Bar No. 37149
Counsel for Equifax Information Services, LLC
Montgomery & Simpson, LLLP
2116 Dabney Road, Suite A-1
Richmond, VA 23230
Telephone (804) 355-8744
Facsimile (804) 355-8748
Email: jmontgomery@jwm-law.com