UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

**MICHELLE BOURDELAIS,**

    **Plaintiff,**

v.                                      Civil Action No.: 11-cv-582-HEH

**EQUIFAX INFORMATION
SERVICES, LLC,** *et al.*,

    **Defendants.**

### EXPERIAN INFORMATION SOLUTIONS INC'S
### FINANCIAL INTEREST DISCLOSURE STATEMENT

Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for defendant, Experian Information Solutions, Inc., in the above captioned action, certifies that the following are parents, trusts, subsidiaries and/or affiliates of said party that have issued stock or debt securities to the public or publicly held entities that own ten percent or more of the stock of the said party:

> Experian plc is the parent company of Experian; (2) Experian plc owns 100 percent of Experian; (3) Experian plc is the only publicly-traded entity that directly or indirectly owns Experian; and (4) Experian plc is publicly traded on the London Stock Exchange.

2

**EXPERIAN INFORMATION SOLUTIONS, INC.**

By: /s/Joseph William Clark
    Joseph William Clark
    Virginia State Bar No. 42664
    *Attorney for Defendant, Experian Information Solutions, Inc.*
    JONES DAY (DC)
    51 Louisiana Ave NW
    Washington, DC 20001
    Telephone: 202-879-3939
    Facsimile: 202-626-1700
    Email: jwclark@jonesday.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 25th day of October, 2011, I electronically filed the foregoing Corporate Disclosure Statement with the Clerk of the Court using the CM/ECF System which will then send a notification of such filing (NEF) to the following:

Leonard Anthony Bennett
Consumer Litigation Assoc PC
12515 Warwick Blvd., Suite 100
Newport News, VA 23606
Telephone: 757-930-3660
Facsimile: 757-930-3662
Email: lenbennett@cox.net
*Attorney for Plaintiff*

Susan Mary Rotkis
Consumer Litigation Assoc PC
12515 Warwick Blvd., Suite 100
Newport News, VA 23606
Telephone: 757-930-3660
Facsimile: (757) 930-3662
Email: srotkis@clalegal.com
*Attorney for Plaintiff*

John Willard Montgomery, Jr.
Montgomery & Simpson, LLLP
2116 Dabney Rd., Suite A-1
Richmond, VA 23230
Telephone: (804) 355-8744
Email: jmontgomery@jwm-law.com
*Counsel for Equifax Information Services, LLC*

Grant Edward Kronenberg
Morris & Morris PC
11 South 12th Street. 5th Floor
PO Box 30
Richmond, VA 23218
Telephone: 804-344-6334
Facsimile: 804-344-8359
Email: gkronenberg@morrismorris.com
*Counsel for Trans Union, LLC*

/s/Joseph William Clark
Joseph William Clark
Virginia State Bar No. 42664
*Attorney for Defendant, Experian Information Solutions, Inc.*
JONES DAY (DC)
51 Louisiana Ave NW
Washington, DC 20001
Telephone: 202-879-3939
Facsimile: 202-626-1700
Email: jwclark@jonesday.com

2099992v1