IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

MICHELLE BOURDELAIS,

     Plaintiff

v.                              CIVIL NO. 3:11-cv-00582-HEH-DWD

EQUIFAX INFORMATION SERVICES, LLC.,
EXPERIAN INFORMATION SOLUTIONS, INC.,
and TRANS UNION, LLC.,

     Defendant,

## DISMISSAL ORDER

THIS DAY CAME the Plaintiff, **MICHELLE BOURDELAIS**, and the Defendant

**TRANS UNION, LLC**, by counsel, and hereby moves the Court to dismiss with prejudice all

claims against *TRANS UNION, LLC.*, in the above-styled action.

UPON CONSIDERATION, of the representations of counsel and for other good cause

shown, it is ORDERED, ADJUDGED, and DECREED that the Complaint *only as to Defendant,*

*TRANS UNION, LLC.*, is DISMISSED with prejudice.

Let the Clerk of the Court send copies of this Order to all counsel of record.

Entered this **20** day of **Jan** , 2012.



                        /s/
                        JUDGE



RECEIVED

JAN 1 9 2012

CLERK, U.S. DISTRICT COURT
RICHMOND, VA

WE ASK FOR THIS:

_____

Leonard A. Bennett, Esquire
Consumer Litigation Associates, P.C.
763 J. Clyde Morris Blvd., Suite 1-A
Newport News, VA 23601
Telephone: (757) 930-3660
Facsimile: (757) 930-3662
E-mail: lenbennett@clalegal.com

*Counsel for Plaintiffs*

_____

Grant Edward Kronenberg, Esquire
Morris & Morris, PC
11 South 12th Street
5th Floor
P.O. Box 30
Richmond, VA 23218
E-mail: gkronenberg@morrismorris.com